UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY HARRISON OSTER,

        Plaintiffs,

v.

CITY OF CAPITOLA, et al.,

        Defendants.

Case No.  21-cv-03562-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 1/14/2022 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

ADR:  Magistrate Judge Kim or Beeler for Settlement Conference during April 2022.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/3/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 7/22/2022;
    Opp. Due: 8/5/2022; Reply Due: 8/12/2022;
    and set for hearing no later than 8/26/2022 at 10:00 AM.

DESIGNATION OF EXPERTS: 10/21/2022; REBUTTAL: 11/11/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/16/2022.

PRETRIAL PAPERWORK:  2/7/2023
PRETRIAL CONFERENCE DATE: 2/21/2023 at 3:30 PM.

Jury TRIAL DATE: 3/6/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 8-10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: October 12, 2021

_____
SUSAN ILLSTON
United States District Judge